In the Matter of the Claim of WILLIAM CONNORS, Respondent, v. HAYWOOD FLOOR COMPANY, INC., et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.